UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEE BLACKWELL** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:19-cv-00433 |
| | ) |
| **GULF COAST EXPRESS** | ) |
| **CARRIERS, INC.** | ) |
| | ) |
| Defendant. | ) |

## STIPULATED FINAL JUDGMENT

In accordance with the separate Orders entered on _____ and _____ in the above-styled case, approving the Parties' settlement under the Fair Labor Standards Act and determining reasonable attorney's fees and costs, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be, and the same hereby is, entered in favor of Plaintiff, Dee Blackwell, and against Defendant, Gulf Coast Express Carriers, Inc., in the total amount of **$4,000.00**, of which half ($2,000.00) represents back pay and half ($2,000.00) represents equal amount in liquidated damages for her FLSA claims. Defendant agrees solely for the purpose of settlement that Ms. Blackwell is entitled to recover reasonable attorney's fees and costs. The Court hereby order Defendant to pay $_____ in reasonable attorney's fees and costs. This settlement is a compromise of disputed claims and is not to be deemed as an admission of fault or liability by Defendant.

Defendant is ORDERED to issue checks to Plaintiff and Plaintiff's Counsel in accordance with the terms set forth in the Settlement Agreement and above within 14 days of the date of entry of this judgment. In light of the foregoing, it is **ORDERED** that this action be

{N3999276.3}

dismissed from the active docket of the Court, with prejudice, provided that any party may reinstate this action within 30 days after the entry of this Stipulated Judgment if the terms of the settlement are not consummated in the interim.

Provided no party reinstates this action, stipulated judgment, as prescribed by Rule 58 of the Federal Rules of Civil Procedure, shall be deemed as entered on _____, 2020.

**DONE AND ORDERED** this _____ day of _____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

{N3999276.3}